JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FRANCESCA LISO,                          )    Case No. CV 24-7668 FMO (Ex)
                                         )
              Plaintiff,                  )
                                         )
         v.                              )
                                         )    **JUDGMENT**
HUNTER WARFIELD, INC.                    )
                                         )
              Defendant.                  )
                                         )
_____  )

     IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 31st day of January, 2025.


                                            /s/
                                     Fernando M. Olguin
                              United States District Judge